# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. 2:22-cv-08973-JLS-MRW          Date May 10, 2023

Title: Fan Yang v. Jaddou Ur-Mendoza et al

Present: The Honorable Josephine L. Staton

| V.R. Vallery | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                          Not Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated March 8, 2023.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Make JS-6.

☐ Entered _____.

Initials of Preparer      vrv